IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | No. EP: 25-M-2164-MAT(1) |
| LEONEL SOTELO-SANTILLAN | § | |

### ORDER REGARDING PROBABLE CAUSE

On the 15th day of May the Court conducted a preliminary examination the above entitled and numbered cause, wherein the Defendant, Leonel Sotelo-Santillan, was charged by Criminal Complaint with the following offenses: Count One charges the Defendant with willfully violating a defense property security regulation, that is a property security regulation which, pursuant to lawful authority was promulgated or approved by the Secretary of Defense, or by a military commander designated by the Secretary of Defense, in violation of Title 50 U.S.C. § 797(1) and (2)(A). Count Three charges the Defendant with illegal reentry after deportation, in violation of 8 U.S.C. § 1326.[1]

Scott Wisniewski, Assistant United States Attorney, appeared on behalf of the Government and Erik Hanshew, Assistant Federal Public Defender appeared on behalf of the Defendant.

At the hearing, the Court heard evidence, and argument of counsel. The Government presented a witness to establish probable cause on the case. The Court finds probable cause as to Count Three of the complaint charging a violation of illegal reentry in violation of 8 U.S.C. § 1326. However, the Court finds that there is no evidence to establish probable cause to believe that the

---

[1] Count Two charges the Defendant with entering a military property, in violation of 18 U.S.C. § 1382. However, because this is offense is a petty misdemeanor, it is not subject to a preliminary hearing under Fed.R.Cr.P. 5.1(a).

Defendant committed the offense of willfully violating a defense property security regulation, in violation of Title 50 U.S.C. § 797(1) and (2)(A), alleged in Count One of the Complaint.

It is therefore ORDERED that Count One of the Complaint be, and the same is hereby, DISMISSED.

SIGNED AND ENTERED this 22nd day of May 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE